

# NUMBER 13-19-00466-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE BILFINGER WESTCON, INC.

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Longoria, and Perkes**
**Order Per Curiam**

Relator Bilfinger Westcon, Inc. filed a petition for writ of mandamus in the above cause on September 25, 2019. In sum, relator contends that the trial court abused its discretion by ordering relator to respond to overbroad and irrelevant discovery requests. The Court requests that the real parties in interest, Heavy Equipment Movers & Installation, LLC; CMPM Management/Consulting Firm LLC; Kevin Maxwell; and Advantage Industrial Systems, LLC; or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or

before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
27th day of September, 2019.